```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**CINDY McWILLIAMS**                                              **PLAINTIFF**

**v.**                       **Civil No. 08-5239**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                              **DEFENDANT**


### O R D E R

Now on this 20th day of July, 2010, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #14) to which no objections have been made.  The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Court finds that **Plaintiff's Request for EAJA Attorney Fees and Costs Under the Equal Access to Justice Act** (document #11) should be, and it hereby is, **granted.**

**IT IS FURTHER ORDERED** that Plaintiff's counsel should be awarded compensation under the EAJA for: 15.56 hours (23.15 hours minus 7.59 hours) at a rate of $172.50 per hour, for a total attorney's fee award of $2,684.10, plus costs of $41.26, for a total award of $2,725.36.  This amount should be paid in addition

to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED.**

**/s/Jimm Larry Hendren**
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**